**Motion for Rehearing Denied; Order filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00037-CV

———————

### HELEN MAYFIELD, Appellant

### V.

### JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION AND GRAY COMMUNICATIONS, A CORPORATION, Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-26159**

## ORDER

Appellant filed a notice of appeal on January 10, 2012, to appeal two orders signed December 13, 2011, one granting appellees' motion for summary judgment and the other denying appellant's summary judgment motion. The appeal was abated during this court's review of appellant's claim of indigency, which was docketed under a separate number, 14-12-00392-CV. *See* Tex. R. App. P. 20.1. The indigence appeal was decided on November 29, 2012, with a determination that appellant is entitled to proceed on appeal without the advance payment of costs. Accordingly, we then reinstated this appeal.

After the clerk's record was filed in this appeal, the court determined that the summary judgment in favor of the media defendants, even though denominated as final, is interlocutory. Accordingly, after notice to the parties, the court dismissed the appeal for want of jurisdiction by opinion and judgment issued April 9, 2013.

On April 19, 2013, appellant filed a motion for rehearing, in which she asserts that the trial court signed an order dismissing the remaining claims on February 22, 2013, making the interlocutory orders on appeal final. After filing a motion to reinstate, appellant filed a new notice of appeal on March 22, 2013, which was docketed in this court under a new number, 14-13-00268-CV.

Appellant complains that three appellate case numbers have caused confusion for the parties. The court concludes that any confusion would be mitigated if there were only one case number. Therefore, rather than reinstating this appeal, the court will consider appellant's appeal of the summary judgment orders and dismissal order in the new appeal docketed under number 14-13-00268-CV. Accordingly, we issue the following order:

Appellant's motion for rehearing is **DENIED.** We **ORDER** the clerk's record filed June 8, 2012, in this appeal filed in the new appeal docketed under our case number 14-13-00268-CV. By separate order issued this date, we are requesting supplementation of the record to include the trial court's final order signed February 22, 2013, and appellant's motion to reinstate filed March 21, 2013. We have been advised that no reporter's record was taken in this case. Appellant's brief, to be filed in case number 14-13-00268-CV, will be due thirty days after the supplemental clerk's record has been filed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.